## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                              **Case Number: 3:00cr48-LAC**

**FREDERICK J. GILLILAND**.

---

### ORDER

Upon consideration of the motion filed by the Government, pursuant to Title I of the Justice for All Act of 2004, 18 U.S.C. §3771,

The Court finds that (1) that the "multiple crime victims" provision set forth in 18 U.S.C. § 3771(d)(2) applies to the above-captioned case; (2) that due to the number of victims it is impractical for the Government and the Court to identify direct and proximate victims of the charged offenses, on an individual basis, without unduly complicating or prolonging the proceedings; (3) the basis of notification set forth in the Government's motion constitutes a "reasonable procedure" for giving effect to the provisions of 18 U.S.C. § 3771.

IT IS HEREBY ORDERED THAT:

Michael J. Quilling, Esq., Securities and Exchange Commission (SEC) Receiver is appointed to act as Receiver in this Court for the purpose of assisting the Government and this Court in



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 SEP -6  PM 4: 05

FILED

complying with the provisions of 18 U.S.C. § 3771(a)(2) in the above-captioned case including

the enforcement of any restitution order which may be imposed in this case.

SO ORDERED THIS 6th DAY OF _____ Sept _____ 2005.


_____
LACEY A. COLLIER
United States District Judge.

2